| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jose | Rafael | Solano |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Central District of California | | | |
| Case number (If known) | 2:16-bk-26833-VZ | | |



☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Department of Treasury** Priority Creditor's Name | Last 4 digits of account number  7  1  0  2 | $ 165,902.00 | $ | $ |
| | Internal Revenue Service | When was the debt incurred?  12/11/2011 | | | |
| | Number    Street | | | | |
| | Ogden | | | | |
| | _____  UT  7,990.00 | As of the date you file, the claim is: Check all that apply | | | |
| | City    State    ZIP Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☑ Disputed | | | |
| | Who incurred the debt? Check one. | | | | |
| | ☑ Debtor 1 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ Debtor 2 only | ☐ Domestic support obligations | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☑ Taxes and certain other debts you owe the government | | | |
| | ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Check if this claim is for a community debt | | | | |
| | Is the claim subject to offset? | ☐ Other. Specify _____ | | | |
| | ☐ No | | | | |
| | ☐ Yes | | | | |
| **2.2** | **Wells Fargo Bank N.A** Priority Creditor's Name | Last 4 digits of account number  __ __ __ __ | $ | $ | $ |
| | 1    Home Campus | When was the debt incurred?  _____ | | | |
| | Number    Street | | | | |
| | Des Moines    IA    50328 | As of the date you file, the claim is: Check all that apply | | | |
| | City    State    ZIP Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☑ Disputed | | | |
| | Who incurred the debt? Check one. | | | | |
| | ☐ Debtor 1 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ Debtor 2 only | ☐ Domestic support obligations | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government | | | |
| | ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Check if this claim is for a community debt | | | | |
| | Is the claim subject to offset? | ☑ Other. Specify  No Actual Lien | | | |
| | ☐ No | | | | |
| | ☐ Yes | | | | |

Debtor 1 **Jose Rafael Solano**
First Name / Middle Name / Last Name

Case number (if known) 2:16-bk-26833-VZ

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.5**

**Lane M. Nussbaum APC**
Priority Creditor's Name
**Brandon S. Diamond APC**
Number  Street
**27489 Agoura Rd. Suite 102**

**Agoura Hills     CA    91301**
City               State  ZIP Code

Last 4 digits of account number __ __ __ __     $ 0.00    $ 0.00    $ 0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Illegal Foreclosure**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Magnum Property Investments LLC**
Priority Creditor's Name

Number  Street
**27489 Agoura Rd. Suite 201**

**Agoura Hills     CA    91301**
City               State  ZIP Code

Last 4 digits of account number __ __ __ __     $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Illegal Foreclosure**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Affinia Default Services**
Priority Creditor's Name

Number  Street
**301 E. Ocean Blvd. Suite 1720**

**Long Beach       CA    90802**
City               State  ZIP Code

Last 4 digits of account number __ __ __ __     $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify **Illegal Foreclosure**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor 1  Jose Rafael Solano    Case number (if known) 2:16-bk-26833-VZ

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1 The Best Service Co.
P.O. Box 45405
Los Angeles, CA 90045

Last 4 digits of account number: 3 5 0 0
When was the debt incurred? 08/01/2011
Total claim: $14,591.00

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.2 Van Ru Credit Corporation
13500 E. Touhy Ave STE 300E
Des Plaines, IL 60018

Last 4 digits of account number: 9 7 2 0
When was the debt incurred? 03/31/2010
Total claim: $3,399.00

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.3 Check N Go

Last 4 digits of account number: 6 2 6 9
When was the debt incurred? 11/20/2015
Total claim: $680.00

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is:
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  Jose (First Name)  Rafael (Middle Name)  Solano (Last Name)    Case number (if known) 2:16-bk-26833-VZ

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**Tustin Community Bank**
Nonpriority Creditor's Name
P.O. Box 2013
Number    Street
Tustin    CA    92781
City    State    ZIP Code

Last 4 digits of account number  7  4  0  3    $ 8,700.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Affinia Default Services**
Nonpriority Creditor's Name
301 E. Ocean Blvd., Suite 1720
Number    Street
Long Beach    CA    90802
City    State    ZIP Code

Last 4 digits of account number  3  4  4  1    $ 0.00

When was the debt incurred?  02/12/2007

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Lane Nussbaum APC**
Nonpriority Creditor's Name
27489 Agoura Rd. Suite 102
Number    Street
Agoura Hills    CA    91301
City    State    ZIP Code

Last 4 digits of account number  0  2  9  2    $ 20,202.79

When was the debt incurred?  05/23/2018

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Illegal Eviction

---

Debtor 1  Jose  Rafael  Solano    Case number (if known) 2:16-bk-26833-VZ
       First Name  Middle Name  Last Name

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name / Address | Reference |
|---|---|
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number  Street<br>City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1 __Jose_____ __Rafael_____ __Solano_____      Case number *(if known)* _2:16-bk-26833-VZ_____
         First Name          Middle Name         Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ |
|  | 6b. Taxes and certain other debts you owe the government | 6b. | $ |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 165,902.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 165,902.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 47,572.20 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 47,572.70 |