United States Bankruptcy Court
Central District of California

In re:  
Jose R Solano  
     Debtor

Case No. 16-26833-VZ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Feb 18, 2020  
                    Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db           +Jose R Solano,   5502 Dobbs St #74,   Los Angeles, CA 90032-4337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
           Bethany Wojtanowicz    on behalf of Creditor    Cerastes, LLC bethanyw@w-legal.com, BNC@w-legal.com
           Dane W Exnowski    on behalf of Defendant    Wells Fargo Bank, N.A. dane.exnowski@mccalla.com, bk.ca@mccalla.com
           Dane W Exnowski    on behalf of Creditor    Wells Fargo Bank, N.A. dane.exnowski@mccalla.com, bk.ca@mccalla.com
           Lane M Nussbaum    on behalf of Defendant    Magnum Property Investments LLC lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Lane M Nussbaum    on behalf of Defendant    Nussbaum APC lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Lane M Nussbaum    on behalf of Defendant Lane M. Nussbaum lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Lane M Nussbaum    on behalf of Defendant Sarina  Goerisch lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Lane M Nussbaum    on behalf of Defendant    Magnum Property Investments, LLC lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Lane M Nussbaum    on behalf of Defendant    Lane M. Nussbaum & Nussbaum APC lnussbaum@nussbaumapc.com, info@nussbaumapc.com
           Matthew R. Clark, III    on behalf of Creditor    HSBC Bank USA, National Association bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
           Nancy H Zamora    on behalf of Plaintiff Wesley H Avery zamora3@aol.com
           Nancy H Zamora    on behalf of Trustee Wesley H Avery (TR) zamora3@aol.com
           Nancy H Zamora    on behalf of Counter-Defendant Wesley H Avery zamora3@aol.com
           Rebecca L Wilson    on behalf of Defendant    Wells Fargo Bank, N.A. rebecca.wilson@kutakrock.com, Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com
           Sean C Ferry    on behalf of Creditor    HSBC BANK USA N.A., sferry@rasflaw.com, sferry@ecf.courtdrive.com
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
           Valerie Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
           Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;Isabel@averytrustee.com
                                                                                                                                                                                TOTAL: 18

**FILED & ENTERED**

FEB 18 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jose R Solano<br><br><br><br>Debtor(s). | Case No.: 2:16-bk-26833-VZ<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION TO ABANDON PROPERTY**<br><br>Date:  February 11, 2020<br>Time:  11:00 AM<br>Courtroom: 1368 |

    A hearing was held on a motion of the debtor to require the chapter 7 trustee to abandon property of the estate to the debtor ("Motion", docket entry #132). An appearance was made by the debtor. Based on the findings and conclusions made at the hearing, **IT IS ORDERED** that the Motion is **DENIED**.

##

Date: February 18, 2020

*Vincent P. Zurzolo*
Vincent P. Zurzolo
United States Bankruptcy Judge

-1-