FILED
JUN 24 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Jose R. Solano
5502 Dobbs St. #74
Los Angeles, CA 90032
626-258-7688

Self-Represented Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jose R. Solano<br><br>Debtor.<br><br>vs<br><br>**Tustin Community Bank**<br><br>Respondent. | Case No.:  2:16-bk-26833-VZ<br>Chapter:  7<br><br>**NOTICE OF MOTION AND MOTION TO REDEEM PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 722**<br><br>DATE: July 20, 2021<br>TIME: 11:00 am<br>LOCATION: 255 E. Temple Street<br>Los Angeles, CA 90021<br>Courtroom 1368 |

**PLEASE TAKE NOTICE** that on July 20, 2021 at 11:00 am in Courtroom 1368 at **255 E. Temple St., Los Angeles, California,** Movant Jose R. Solano hereby moves this Court for an Order allowing to!redeem personal property pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008.

### I. PROCEDURAL REQUIREMENTS UNDER 11 U.S.C. § 722

1. Pursuant to 11 U.S.C. § 722, a debtor may "redeem tangible personal property intended primarily for personal, family, or household use, from a lien securing a dischargeable consumer debt, if such property is exempted under section 522 of the title or has been abandoned under section 554 of the title." 11 U.S.C. §722.

2. The personal property that Movant seeks to redeem is a vehicle that is more particularly described as follows:

    a. **Year:** 2005

  b. **Make:** BMW

  c. **Model:** 330i

  d. **VIN:** WBAEV53485KM39975

3. Movant's 2005 BMW 330i ("Vehicle") may be redeemed under 11 U.S.C. §722 because it is tangible personal property intended primarily for personal, family or household use.

4. As of 12/27/2016, the Vehicle is subject to a single lien from Tustin Community Bank ("Respondent") for $11,800 which was for two vehicles. The other vehicle has been repossessed by Respondent on 6/21/2021.

5. Movant's interest in the Vehicle is exempt or has been abandoned by the estate.

6. Movant scheduled the Vehicle as an asset and exempted the Vehicle pursuant to 11 U.S.C. § 522.

## II. VALUATION STANDARD

1. Pursuant to 11 U.S.C. § 722, a debtor may redeem personal property secured by a lien by paying such lienholder the amount of the allowed *secured claim*[1] in a lump sum.

2. 11 U.S.C. § 506(a)(2) defines the secured claim as the "price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined."

## IV. DETERMINING "RETAIL VALUE"

1. Courts have relied upon industry guides such as Kelley Blue Book and Edmunds as the "appropriate starting point in determining retail value." *In re Morales*, 387 B.R. 36, 46 (Bankr. C.D. Cal. 2008); see also *In re Araujo*, 464

---

[1] An allowed secured claim "is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property." 11 U.S.C. 506(a)(1).

B.R. 15 (Bankr. N.D. Cal. 2011).

2. The Edmunds.com website provides retail valuations for used vehicles based on year, make, model, mileage, options and condition. Such valuations are admissible as "market quotations, tabulations, lists, directories, or other published compilations, generally used and relied upon by the public or by persons in particular occupations." Fed. R. Evid. 803(17).

3. As detailed in the attached declaration, Movant determined the retail value for the Vehicle from Edmunds.com ("Edmunds Valuation") based on its year, make, model, mileage, options and condition. The Edmunds Valuation is $2325.

4. Based on the foregoing, Movant asserts that the retail value of the Vehicle for redemption purposes ("Redemption Value") is $2325.

## V. PROPOSED FINANCING

1. Movant does not intend to finance this proposed redemption.

## VI. CONCLUSION

WHEREFORE, Movant requests that the Court enter an Order:

1. Granting this Motion; and
2. Setting the Redemption Value at $2325
3. Allowing Movant to cause the Redemption Value of $2325 to be paid to Respondent within 30 days of entry of the Order; and
4. Requiring Respondent to release its lien of record and surrender title according to Movant's instructions within 14 days of receiving the Redemption Value.

6/24/2021
Date

José R. Solano

## DECLARATION OF JOSE R. SOLANO

I, Jose R. Solano, declare as follows:

1. I am the debtor in the instant bankruptcy case.
2. I make this declaration of my own personal knowledge, and if called as a witness, could and would testify thereto.
3. I am the owner of the 2005 BMW 330i ("Vehicle") that is the subject of this Motion.
4. I scheduled the Vehicle as an asset and exempted the Vehicle pursuant to 11 U.S.C. § 522. (True and correct copies of schedules A/B and C are attached as **Exhibit "1."**)
5. As of 12/27/2016, the Vehicle is subject to a single lien from Tustin Community Bank ("Respondent") for $11,800 which was for two vehicles of which one was already repossessed.
6. On 6/22/2021, I obtained the retail value of the Vehicle from the Edmunds.com website ("Edmunds Valuation"), taking into account the Vehicle's year, make, model, mileage, options and condition.
7. As part of the valuation, Edmunds.com website instructs users to select from among the following vehicle conditions:[2]
    a. **Outstanding:** Exceptional mechanical, exterior and interior condition; requires no reconditioning. Vehicle is in exceptional mechanical, exterior and interior condition with no visible wear; it requires no reconditioning. Paint will have a glossy appearance. Vehicle has no mechanical and/or cosmetic problems and has a clean engine compartment. Exterior and interior are free of any damage. Tires are in nearly new condition. Vehicle has a clean title and has the ability to pass an emissions inspection.

---

[2] See https://help.edmunds.com/hc/en-us/articles/206103047-What-are-the-vehicle-conditions-used-for-True-Market-Value-Pricing-

    b. **Clean:** Some normal wear but no major mechanical or cosmetic problems; may require limited reconditioning. Vehicle shows some normal wear but has no major mechanical and/or cosmetic problems. Paint still has a glossy finish and may have slight scratches or dings. Some reconditioning may be needed. Interior will have minimal fading and wear. Tires have substantial tread remaining. Vehicle has a clean title and has the ability to pass an emissions inspection.

    c. **Average:** May have a few mechanical and/or cosmetic problems and may require a considerable amount of reconditioning. Vehicle may have a few mechanical and/or cosmetic problems and may require a considerable amount of reconditioning. Exterior paint has some dullness. Vehicle may have a considerable amount of scratches or dings. Interior material is slightly worn and faded. Tires have some usable tread remaining. Vehicle has a clean title and has the ability to pass an emissions inspection.

    d. **Rough:** Several mechanical and/or cosmetic problems requiring significant repairs. Vehicle has several mechanical and/or cosmetic problems. Exterior and interior need significant repairs. Tires may need to be replaced. Vehicle may need minor repairs to pass an emissions inspection, but has a clean title.

8. Based on the descriptions above, I selected Average as the Vehicle's condition for the following reasons:

    a. Vehicle was in an accident on 10/23/2019, see **Exhibit "3."**

9. Factoring in all of the above, the Edmunds Valuation is $2325. (A true and correct copy of the Edmunds Valuation is attached as **Exhibit "2."**)

10. I believe the Edmunds Valuation of $2325 is also the

appropriate value of the car for redemption purposes ("Redemption Value").

11. I have not obtained financing for this proposed redemption.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/24/2021
Date

Jose R. Solano

Fill in this information to identify your case and this filing:

Debtor 1  **Jose** **Rafael** **Solano**
          First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **CENTRAL**   District of **CALIFORNIA**
                                                                  (State)

Case number _____

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/13: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1 - Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. ▮▮▮▮▮▮▮▮▮▮
Street address, if available, or other description

West Covina    CA    91791
City           State  ZIP Code

Los Angeles
County

What is the property? Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  Current value of the portion you own?
$ ▮▮▮▮▮▮▮                              $ ▮▮▮▮▮▮▮

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. ▮▮▮▮▮▮▮▮▮▮
Street address, if available, or other description

Los Angeles    CA    90032
City           State  ZIP Code

Los Angeles
County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification ~~number:~~ I jointly own this property with my ex-wife.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property..

Current value of the entire property?  Current value of the portion you own?
$ ▮▮▮▮▮▮▮                              $ ▮▮▮▮▮▮▮

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1  **Jose**  **Rafael**  **Solano**  Case number _____
          First Name  Middle Name  Last Name

1.3. _____  
Street address, if available, or other description

What is the property? Check all that apply.
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property'?  Current value of the portion you own?
$_____  $_____

_____  
City         State    ZIP Code

_____  
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

Who has an interest in the property? Check one.
- ☒ Debtor I only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. → $ ████

## Part 2- Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G- Executory Contracts *and Unexpired* Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☒ Yes

3.1. Make: **BMW**  
Model: **X3**  
Year: **2007**  
Approximate mileage: **99000**  
Other information: _____

Who has an interest in the property? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor I and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property'.)  Current value of the portion you own?
$ **$9,000.00**   $ **$9000.00**

If you own or have more than one, describe here:

3.2. Make: _____  
Model: _____  
Year: _____  
Approximate mileage: _____  
Other information _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current         of the  Current         of the
entire propertyl         portion you own?
$_____  $_____

Debtor 1  Jose  Rafael  Solano    Case number _____
       First Name  Middle Name  Last Name

3.3. Make: **BMW**
Model: **330I**
Year: **2005**
Approximate mileage: **110000**
Other information:

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$5,000.00**
Current value of the portion you own? **$5,000.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

3.4. Make: **BMW**
Model: **528I**
Year: **1998**
Approximate mileage: **190000**
Other information:

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$2,000.00**
Current value of the portion you own? **$2,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ➔ **$16,000.00**

Q  Try "CR-V"         New         Used         Appraise         Reviews    

Home  /  BMW  /  BMW 3 Series  /  Used 2005 BMW 3 Series  /  Appraisal value

# 2005 BMW 3 Series Value - Find Out What Your Car's Worth

Change vehicle >



Photos & Videos

- ✓ **Location and Style**
- ✓ **Colors and Options**
- ✓ **Condition and Mileage**
- ✓ **Condition Questions**
- ✓ **VIN/License Plate**
- 6  **Edmunds Appraisal Report**



## CarMax has made a no-obligation offer for your car!

**CARMAX**

# $1,500*

**2005 BMW 3 Series**
VIN: WBAEV53485KM39975

PRINT OFFER

Email Offer

Offer Code: LRU3PK4L
Valid until 07/01/2021

✉         🖨         📱
Email Offer    Print Offer    Text Offer

**CARMAX**

You can redeem this offer at any CarMax location. Here are your nearby locations:

( YOUR STORE )

**CarMax Burbank**
1000 South Flower Street
Burbank, CA 91502

(888) 720-0696 | Directions

9.48 miles away

Schedule an appointment >

Make this my store
**CarMax San Gabriel Valley/Duarte**
11.88 miles away

Make this my store
**CarMax LAX**
14.06 miles away

View More Locations >

## How to Redeem Your Offer

(1) **Make an appointment with CarMax**

Schedule an appointment >

(2) **Bring in offer, vehicle and the following:**

- Title (if it's not with the lien holder)**
- Valid Registration
- Valid state-issued photo ID for all titleholders
- All keys and remotes (if applicable)

(3) **We'll verify the vehicle's condition and you'll leave with payment in-hand**

*The offer from CarMax is contingent on your providing accurate information on Edmunds.com. CarMax will conduct an in-person verification of your vehicle and evaluate other vehicle use and history information prior to finalizing the offer. Any differences between the information you provide about your vehicle and the vehicle's actual condition, use, and history may impact the offer you receive from CarMax.

**The title must be provided at the time of sale and all titleholders should be present. If a previously paid-off lien is listed on the title, you will need both the title and lien release from the lienholder before CarMax can purchase your car.

# Get the most for your car
# See if these local dealers will beat the CarMax offer

**New Century BMW**

★★★★★ 1 Reviews

📍 1139 W Main St, Alhambra, CA 91801

📞 (833) 628-2691

Visit Dealer Page

### Pacific BMW

★ ★ ☆ ★ ★  3 Reviews

📍 800 S Brand Blvd, Glendale, CA 91204

📞 (818) 246-5600

Visit Dealer Page

### Nick Alexander BMW

★ ★ ★ ★ ★  1 Reviews

📍 6333 S Alameda St, Los Angeles, CA 90001

📞 (855) 960-4446

Visit Dealer Page

View More Locations >

## 🚗 Your Edmunds Appraisal

As of 06/22/2021

We use data from a wide variety of sources to provide you with your Edmunds appraisal report, considering factors such as the car's year, make, model, trim, mileage, depreciation and features. This is not a firm offer on your car.

### 2005 BMW 3 Series
330i Rwd 4dr Sedan (3.0L 6cyl 6M)
Mileage: 160,000 (edit)
Exterior: Jet Black (edit)
VIN: WBAEV53485KM39975
Zip code: 90032

🚗 **Know what your car is worth**
Get a copy of your appraisal report and monthly updates on the value of your car.

Enter Your Email †                                                                                      SEND

† By clicking Track, I accept the terms of the Edmunds Visitor Agreement. Our collection and use of your personal information.

Trade-In Value                                                                          ⌄

These True Market Value ® prices are Edmunds' estimates of the average prices dealers are currently paying for this vehicle in your area.

**Your car's value**

| $1,540 | **$2,325** | $3,110 | $3,503 |
|---|---|---|---|
| Rough ⓘ | Average ⓘ | Clean ⓘ | Outstanding ⓘ |

|  | Your car's value<br>Average ⌄ |
|---|---|
| National Base Price ⓘ | $3,265 |
| Optional Equipment ⓘ | $62 |
| 18 Inch Alloy Wheels | $18 |
| 8-Way Power Driver's Seat | $6 |
| 8-Way Power Front Passenger Seat | $6 |
| Leather Seating | $24 |
| Xenon High Intensity Discharge Headlights | $8 |
| Color Adjustment ⓘ | -$5 |
| Regional Adjustment ⓘ | -$4 |
| Mileage Adjustment ⓘ | -$992 |
| Condition Adjustment ⓘ | N/A |
| **Average Condition Value** | **$2,325** |

Hide detailed report ∧



## CarMax has made a no-obligation offer for your car!

**CARMAX**

# $1,500*

**2005 BMW 3 Series**
VIN: WBAEV53485KM39975

PRINT OFFER

Email Offer

Offer Code: LRU3PK4L

Valid until 07/01/2021

✉  
Email Offer

🖨  
Print Offer

📱  
Text Offer

**CARMAX**

You can redeem this offer at any CarMax location. Here are your nearby locations:

( YOUR STORE )

**CarMax Burbank**
1000 South Flower Street
Burbank, CA 91502

(888) 720-0696 | Directions

9.48 miles away

Schedule an appointment >

Make this my store
**CarMax San Gabriel Valley/Duarte**
11.88 miles away

Make this my store
**CarMax LAX**
14.06 miles away

View More Locations >

## How to Redeem Your Offer

(1) **Make an appointment with CarMax**

Schedule an appointment >

(2) **Bring in offer, vehicle and the following:**
- Title (if it's not with the lien holder)**
- Valid Registration
- Valid state-issued photo ID for all titleholders
- All keys and remotes (if applicable)

(3) **We'll verify the vehicle's condition and you'll leave with payment in-hand**

*The offer from CarMax is contingent on your providing accurate information on Edmunds.com. CarMax will conduct an in-person verification of your vehicle and evaluate other vehicle use and history information prior to finalizing the offer. Any differences between the information you provide about your vehicle and the vehicle's actual condition, use, and history may impact the offer you receive from CarMax.

**The title must be provided at the time of sale and all titleholders should be present. If a previously paid-off lien is listed on the title, you will need both the title and lien release from the lienholder before CarMax can purchase your car.

## We Want Your Feedback

How likely are you to recommend Edmunds to a friend?

1   2   3   4   5   6   7   8   9   10

Not Likely                                              Very Likely

## What Our Customers Are Saying

Join thousands of happy customers who redeemed a CarMax offer last month.

### Fastest across the board
★★★★★   5.0

I got online offers from 6 different websites, Edmunds was the fastest across the board

Benny  *Verified Seller*
Los Angeles, CA
11/3/20

### An offer ahead of time
★★★★★   5.0

I liked that I had already gotten an offer ahead of time and could just walk into CarMax...

Lisa  *Verified Seller*
Lexington, KY
10/26/20

### Quickest, easiest, and fairest
★★★★★   5.0

It was the quickest, easiest, and fairest opportunity to sell my vehicle in a timely manner that I've found

Jesse  *Verified Seller*
Tacoma, WA
11/3/20

### Moment of delight
★★★★★   5.0

There is this moment of delight...you know that this is real and you're on a path to sell the car

Sam  *Verified Seller*
San Ramon, CA
10/15/20

○ ○ ○ ○

Other content ˅

Show sponsored cars and related links ˅



**Download the Edmunds app**

 

Help
About Us
Contact Us
Careers
Affiliate Program
Dealer Center
Your Ad Choices
Privacy Statement
Visitor Agreement
Accessibility
Site Map
Do Not Sell My Personal Information

© Edmunds.com, Inc

EXHIBIT "3"

PICTURES OF 2005 BMW 330I ACCIDENT ON 10/23/2019





## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**5502 Dobbs St. #74, Los Angeles, CA 90032**

A true and correct copy of the foregoing document entitled: **Motion to Redeem Property of the Estate Under 11 U.S.C. § 722** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On *(date)* **6/24/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RESPONDENT:**
**Tustin Community Bank**
**13891 Newport Ave. Suite 100**
**Tustin, CA 92780**
**Attn. Mark Newcomb**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/24/2021 | **Ariana Grande** | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**